

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00760-CV

**IN RE** Linda Christina Benavides **ALEXANDER** and Shirley Hale Mathis, guardians of the person and estate of Carlos Y. Benavides Jr., Relator

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                   Karen Angelini, Justice
                   Marialyn Barnard, Justice

On October 30, 2014, relators filed a petition for writs of mandamus, prohibition and injunction. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, relators' petition for writs of mandamus, prohibition and injunction is DENIED. *See* TEX. R. APP. P. 52.8(a).

The temporary stay previously ordered by this court on November 3, 2014, is LIFTED.

It is so **ORDERED** on December 10th, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CVQ000161-D3, styled *Texas Community Bank, N.A. v. Shirley Hale Mathis, Temporary Guardian of Carlos Y. Benavides Jr., and Leticia R. Benavides*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.